# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00645-CR

**Jason Caine Stewart, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-2679-B, THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Jason Caine Stewart was charged with assault with family violence as a repeat offender. *See* Tex. Penal Code § 22.01(b)(2)(A). After a jury found Stewart guilty as charged, the trial court sentenced him to seven years in prison. Stewart's attorney filed a notice of appeal on his behalf. Stewart's appellant's brief was due February 27, 2024, but no brief has been submitted. This Court's clerk has sent a notice of late brief and no response has been filed.

We abate the appeal and remand the matter to the trial court to conduct a hearing under Rule 38.8. *See* Tex. R. App. P. 38.8(b)(2), (3). Specifically, the trial court shall determine whether Stewart wishes to prosecute his appeal; whether he is indigent; if so, whether he would like to have counsel appointed for his appeal; and, if he is not indigent, whether he has made the necessary arrangements for filing a brief. *See id.* The court shall make appropriate written findings and recommendations, *see id.*, and, if necessary and appropriate, appoint counsel who will effectively represent Stewart in this appeal. Following the hearing, which shall be transcribed, the trial court

shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than July 2, 2024. *See id.* R. 38.8(b)(3).

It is ordered May 31, 2024.


Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed: May 31, 2024

Do Not Publish